## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. James Cho                    DATE: 1/4/2023

DOCKET NUMBER: 22-cr-553(ENV)            FTR #: 11:14 — 11:18.

DEFENDANT'S NAME: Seema Rahman

___X___ Present    _____ Not Present    _____ Custody    __X__ Bail

DEFENSE COUNSEL: Jeff Grecco
_____ Federal Defender    __√__ CJA    _____ Retained

A.U.S.A.: Nina Gupta                     CLERK: M. Sica

INTERPRETER: _____ (Language) _____

__X__ Defendant arraigned on the: __X__ indictment ___ superseding indictment ___ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

_____ DETENTION HEARING Held.    _____ Defendant's first appearance.

_____ Bond set at _____.

Defendant ___ released ___ held pending satisfaction of bond conditions.

_____ Defendant advised of bond conditions set by the Court and signed the bond.

_____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

_____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody.    _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__√__ Order of Excludable Delay/Speedy Trial entered. Start 1/4/23 Stop 1/25/23.

_____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

__√__ Status conference set for 1/25/23 @ 2:30 before Judge Vitaliano

Other Rulings: Brady Act Rule 5f ordered on the record.

_____

_____

_____

_____