ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

August 15, 2025

HON. ERIC N. VITALIANO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Seema Rahman, et al.* – 22-cr-553 (ENV)
             Motion to Modify Pretrial Conditions of Release for
             Defendant Seema Rahman

Your Honor:

    I represent the defendant, Seema Rahman, in the above-cited matter.

    I am respectfully requesting a modification of Ms. Rahman's pretrial release conditions allow her to apply for a driver's license, and then drive from her home to educational classes, including any masters degree courses she intends to pursue, so that her parents do not need to continue driving her to and from educational courses. Pretrial services will continue to supervise and approve her travel pursuant to prior orders.

    The government does not oppose the modification of the defendant's conditions of pretrial release, and Pretrial Services approves of these modifications.

                                                           Respectfully submitted,
                                                           /s/
                                                           Jonathan Rosenberg
                                                           137 Court Street, Fl. 2
                                                           Brooklyn, N.Y. 11201
                                                          (718) 715-4845
                                                          *Attorneys for Seema Rahman*

CC:    *All Parties via ECF*