| | |
|---|---|
| # Federal Defenders<br>OF NEW YORK, INC. | Eastern District<br>One Pierrepont Plaza, 16th Floor<br>Brooklyn, NY 11201<br>Tel: (718) 330-1200 Fax: (718) 855-0760 |
| Tamara L. Giwa<br>*Executive Director* | Michelle A. Gelernt<br>*Attorney-in-Charge* |

September 10, 2025

**By ECF**

The Honorable Eric N. Vitaliano
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

**United States v. Hashimi et al., 22 CR 553 (ENV)**
(Abdullah At Taqi's Motion (on consent) to modify one condition of release)

Dear Judge Vitaliano:

With consent of the prosecution and the Department of Pretrial Services we write to request the Court modify the conditions of release to allow Mr. At Taqi to use VTC platform (Zoom, Teams etc.) to meet and work with his legal defense team so as to properly prepare for trial.

Thank you for your time and consideration of this request.

                                                      Respectfully submitted,
                                                      /s/
                                                Michael K. Schneider
                                                Federal Defenders of New York, Inc.
                                                One Pierrepont Plaza, 16th Floor,
                                                Brooklyn, N.Y. 11201
                                                (718) 330-1161

                                                      /s/
                                                Sabrina P. Shroff
                                                80 Broad Street, 19th Floor
                                                New York, New York 10004
                                                (646) 763-1490

                                                *Attorneys for Mr. Abdullah At Taqi*

cc:    Clerk of the Court (by ECF)
          AUSA Nina C. Gupta (by ECF and email)
          AUSA Gilbert M. Rein (by ECF and email)
          AUSA Ellen H. Sise (by ECF and email)

Hon. Eric N. Vitaliano  
Judge, United States District Court  
for the Eastern District of New York  

Page 2 of 2  
United States v. Abdullah At Taqi  
September 7, 2025

Mr. Cesar De Castro (by ECF and email)