ROSENBERG LAW FIRM<br>
137 Court Street, Fl. 2<br>
Brooklyn, NY 11201<br>
Tel: (718) 715-4845<br>
office@rosenbergpllc.com

September 16, 2025

HON. ERIC N. VITALIANO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Seema Rahman, et al.* – 22-cr-553 (ENV)
              Motion to Modify Pretrial Conditions of Release for
              Defendant Seema Rahman

Your Honor:

I represent the defendant, Seema Rahman, in the above-cited matter.

I am respectfully requesting a modification of Ms. Rahman's pretrial release conditions to allow her to apply for – and become employed – in an educational college-affiliated job or position, such as laboratory assistance, subject to her home detention conditions. Pretrial services consents to this request, and the government does not object.

                                              Respectfully submitted,
                                              /**s**/
                                              Jonathan Rosenberg
                                              137 Court Street, Fl. 2
                                              Brooklyn, N.Y. 11201
                                              (718) 715-4845
                                              *Attorneys for Seema Rahman*

CC:    *All Parties via ECF*