| | |
|---|---|
| **Federal Defenders** <br> OF NEW YORK, INC. | Eastern District <br> One Pierrepont Plaza, 16th Floor <br> Brooklyn, NY 11201 <br> Tel: (718) 330-1200 Fax: (718) 855-0760 |
| Tamara L. Giwa <br> *Executive Director* | Michelle A. Gelernt <br> *Attorney-in-Charge* |

October 6, 2025

**By ECF**

The Honorable Eric N. Vitaliano
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

**United States v. Hashimi et al., 22 CR 553 (ENV)**
**(**Abdullah At Taqi's Motion To Modify the Protective Order)

Dear Judge Vitaliano:

Mr. At Taqi is unable to review the recent "rolling" production of 3500 material that the government should have produced as 3500 and Giglio, as the Protective Order does not allow us to give him a copy of the material. So that Mr. At Taqi may properly prepare for and assist his counsel in preparing for trial we seek a limited modification of the Protective Order to allow us to provide to Mr. At Taqi with the recent 3500 material on a USB or an external hard drive so that he may review it without a person from his legal team being present.

Such a modification would allow him to review the 3500 material and allow the material to remain contained as Mr. At Taqi is aware that he may not allow others to view it, or share it with anyone else. We note here that trial commences today and that the government had demonstrated no reason why this material should remain subject to the Protective Order. The material does *not* reveal any names or other PPI information.

**CONCLUSION**

The Court should grant this limited request in the first instance as it is the only manner in which his counsel can understand the material and prepare for an effective cross-examination. One final note – this is a problem of the government's making. Had they produced this relevant, 3500 material in a timely manner, defense counsel would have been prepared to cross CHS-1 on October 9, 2025. The government chose these trial dates --- to now pressure defense counsel to cross so that their CHS-1's personal life can be accommodated is both unfair and violates due process.

Respectfully submitted,

_____/s/_____
Michael K. Schneider
Federal Defenders of NY, Inc.
One Pierrepont Plaza, 16th Floor

Brooklyn, N.Y. 11201
(718) 330-1161

_____/s/_____
Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004
(646) 763-1490

*Attorneys for Mr. Abdullah At Taqi*

cc:    Clerk of the Court (by ECF)
        All Counsel (by ECF and email)